38135. NEW AMSTERDAM CASUALTY COMPANY
*et al.* v. FREELAND, Guardian.

NICHOLS, Judge. The judgment of this court (*New Amsterdam Casualty Co. v. Freeland,* 101 Ga. App. 754, 115 S. E. 2d 443), affirming the judgment of the superior court having been

reversed by the Supreme Court of Georgia on certiorari (216 Ga. 492), the said judgment of this court is vacated and the judgment of the superior court is reversed in accordance with the judgment of the Supreme Court.

*Judgment reversed. Felton, C. J., Townsend, P. J., Carlisle, Bell, Frankum and Jordan, JJ., concur.*

DECIDED DECEMBER 2, 1960.

*Smith, Oliver, Johnson & Bostick, R. Wilson Smith, Jr.,* for plaintiffs in error.

*William P. Whelchel,* contra.